☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
*WESTERN DISTRICT OF TENNESSEE*

**In re:**       *Allen Carothers*                                    **Case No.**

**Debtors:**                                                          **Chapter 13**

---

**CHAPTER 13 PLAN**

---

**ADDRESS:**       (1)   *1239 Peach St.*                    (2) _____
                          *Selmer, TN 38375*                      _____

**PLAN PAYMENT:**
   **Debtor(1)** shall pay $   *700.00*                  (☑ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
      ☐ **PAYROLL DEDUCTION** From: _____   **OR ( X ) DIRECT PAY**

   **Debtor(2)** shall pay $ _____   (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
      ☐ **PAYROLL DEDUCTION** From: _____   **OR (    ) DIRECT PAY**

**1. THIS PLAN [Rule 3015.1 Notice]:**

   (A) **CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]**        ☐ YES   ☑ NO
   (B) **LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION**          ☑ YES   ☐ NO
       **OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**
   (C) **AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].**      ☐ YES   ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**                                                 Monthly Plan Payment:

                          Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
*None*                    ongoing payment begins _____           $ _____
                          Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

*IRS* _____   Amount *10,000.00* _____   $ _____ *170.00*

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:

*None* _____   ongoing payment begins _____   $ _____
                      Approximate arrearage: _____ Interest _____   $ _____

**7. SECURED CLAIMS:**

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| *AQUA FINANCE* | *19,150.00* | *7.00%* | $*380.00* |
| *Commerce Bank* | *13,500.00* | *7.00%* | $*270.00* |
| *Medallion Bank* | *37,650.00* | *7.00%* | $*750.00* |
| *West Tennessee Bank* | *12,050.00* | *7.00%* | $*240.00* |
| *WORLD FINANCE* | *1,850.00* | *7.00%* | $*40.00* |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)]<br>*Credit Acceptance*<br>*adequate protection payment $74.00* | Value of Collateral:<br>*12,500.00* | Rate of Interest<br>*7.00%* | Monthly Plan Payment:<br>$*295.00* |
|---|---|---|---|

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

*-NONE-*                                    Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| *-NONE-* | | | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

*None* _____  ☐  Not provided for  **OR** ☐  General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

*-NONE-*

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: *$41,761.00***

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ _____ %, OR,
☑ **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

*None* _____  ☐  Assumes  **OR** ☐  Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately *60* months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

*None*

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

*/s/ C. Jerome Teel Jr.*                                    Date *June 10, 2022* _____ .
C. Jerome Teel Jr. 016310
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**                rh